UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10457

ALYSSA SANTORO,
Plaintiff,

v.

UNITED STATES OF AMERICA,
Defendant.

ORDER
November 1, 2010

O'TOOLE, D.J.

After careful review of the defendant's submissions, the Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim upon Which Relief May Be Granted (dkt. no. 4), which stands unopposed, is GRANTED for substantially the same reasons articulated by the defendant. The complaint is dismissed.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge